UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARLOS RUIZ
*Petitioner,*

v.  Case No.: 3:23-cv-1103-BJD-JBT

DOC AND GOVERNMENT, et al,
*Defendant(s).*

Impunity

## SUPPLEMENT TO PETITIONER MEDICAL CONDITION

COMES NOW, the Petitioner, Carlos Ruiz, *pro se*, and submits to this Court "Supplement to Petitioner Medical Condition", and in support thereof, the Petitioner will state the following:

### STATEMENT OF FACTS

1. Please see "Biography of a Criminal Family in Uniforms", filed together with this Petition, at paragraph 7, 8, 9, and 16. See, too, into same Petition, Exhibit A and B (a Grievance receipt), Exhibit M, MM, and MMM. See, too, Exhibit Alpha One and Alpha Two, Grievance log# 23-6-20791 and 2305-230-015. Exhibit B, B-A, and C, Grievance log# 23-6-23011, 23-6-24058, and 2306-230-052.

2. Now, please see Exhibit 1 herein, Medical Griev. log# 2107-213-178, inquiring what to do in order to obtain a test to prove his left side numbness. Then, see Exhibit 2, Griev. log# 2110-213-033 concerning a compromised Radiology Report due to technical factors. Then, see Exhibit 3, Griev. log# 2110-213-105, requesting a follow up with more sensitive cross-sectional imaging study, and whose response state that a decision was already rendered in Griev. log# 2110-213-033, which is Exhibit 2. A simple review

1

of Exhibit 2 and 3 will show the fallacy of such response.

3. Now, see Exhibit 4 and 4-A. Exhibit 4 is the appellation of Exhibit 4-A, concerning the issue documented in paragraph 2, 3, 4, and 7 therein. Notice paragraph 3 ~~into Exhibit 3~~ into Exhibit 4-A concerning what is a *degenerative disk disease* shown in "http://www.webmd.com/backpain/degenerativediskdisease-overview#2"

4. Now, please review Exhibit 5, a Radiology Report dated May 21, 2010, the day of Petitioner attempted murder. Note that this Radiology is about Petitioner life-threatening skull fracture in his left orbit and the cause of his brain feeling numb. And, Petitioner spinal cord fracture is located in his lumbar area, between vertebrae 4 and 5. Now, see Exhibit 6, page 1210 from a book of medical definitions. Notice the word "Sacralization": "fusion of the sacrum to the 5th and sometimes the 4th lumbar vertebrae, leading to proneness to rupture of the disk between the 4th and 5th lumbar vertebrae". Now, see Exhibit 7, a news item about "Corizon". Profit over human beings.

5. Petitioner is showing just the tip of the "Ice Berg" on his documented medical condition. There are over 500 medical grievances on Petitioner medical files, documenting everything from day one, and never has anything been done to alleviate Petitioner horrible medical condition. See Case No.: 3:16-CV-00017-TJC-MCR, filed in this Court, Jacksonville Division. Now, see Exhibit A, Grievance log# 2111-213-001. Petitioner don't know how to file a lawsuit.

6. Petitioner numbness and painful condition is getting worse and worse, and it is inhuman and cruel not to take him right away to a specialist of brain and spinal cord to evaluate and recommend the care Petitioner so desperately need.

7. There are no words to describe this 13 years in this horrible medical condition, of which the DOC and its medical department are well aware of since day one.

2

## RELIEF SOUGHT

*[handwritten margin note: 13 years begging for it, are not you traitors to the human race?]*

Petitioner prays this Court for mercy, for justice, and for human concern. Petitioner only ask for medical care.

*[handwritten: How can petitioner get it? Do this court care? Does anyone care?]*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the foregoing has been furnished to: Attorney General, The Capitol, PL-01, Tallahassee, Florida 32399-1050 via legal mail on this 11th day of Sept., 2023.

S/ Carlos Ruiz

Carlos Ruiz, FDC#086219
Suwannee C.I.
5964 U.S. Highway 90
Live Oak, FL 32060

*[handwritten: Impunity]*

CC file.

*[handwritten: Do petitioner have a right to medical care? Who warrant/guarantee this medical care? and, what is petitioner supposed to do to get it? See paragraph 7 into "Biography of family of Criminals in Uniforms" See, too, paragraph 26 into same "Biography." Shame on you. Castro knew you well.]*

3